UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>v.<br><br>$32,156.00 in United States Currency,<br><br>                      Defendant. | Civil Action No.:  5:19-CV-1367 (LEK/ATB) |

## **VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned asset (the "defendant currency") and alleges as follows:

### NATURE OF THE ACTION

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841, 844 and 846.

### THE PARTIES

1) Plaintiff is the United State of America.

2) The defendant currency is $32,156.00, which is in the custody of the United States.

### JURISDICTION AND VENUE

3) This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

4) This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5) Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

**FACTS**

6) On May 24, 2019, Christopher Ingram ("Ingram") presented a black, "Under Armor" brand backpack at the Transportation Security Administration ("TSA") pre-boarding security checkpoint at the Syracuse International Airport in Syracuse, New York as a carry-on bag.

7) As the backpack passed through the x-ray machine, TSA officers observed large, organic appearing masses, and the backpack was flagged as suspicious.

8) TSA officers searched the backpack and located a red first aid case containing a large amount of the defendant U.S. currency, which was folded and secured with black rubber bands.

9) TSA officer also found a "Cheez-It" brand cracker box wrapped in bubble wrap inside the backpack, which contained:

    a) Additional U.S. currency, folded and secured with black rubber bands;

    b) One small, clear, knotted bag filled with marijuana, which appeared in a manner that law enforcement believe is consistent with packaging for sale;

    c) Small, clear package labeled "Dank Gummies, 350mg of THC";

    d) Small, clear plastic bag containing 21 pills of oxycodone.

10) When questioned, Ingram told police that he was traveling from his home in Seneca Falls, New York to Santa Anna, California for three (3) days for the purpose of investing his money in rap music. He claimed that the money in the backpack was his, which he obtained working various jobs over the years.

11) Ingram was unable to give police an explanation for the manner in which the currency was packaged or why he was transporting illegal narcotics.

12) A canine properly trained in narcotics detection positively alerted to the currency seized from the backpack, indicating the presence of narcotics on the currency.

13) On May 24, 2019 (the day of the seizure), Ingram was arrested and charged in Syracuse City Court with Criminal Possession of a Controlled Substance in the 3rd Degree, Criminal Possession of a Controlled Substance in the 7th Degree and Unlawful Possession of Marijuana. Ingram pled to Criminal Possession of a Controlled Substance in the 7th degree and received a sentence of a conditional discharge.

14) At the time of his arrest, Ingram had two cellular phones on his person: a Samsung smart phone and an Alcatel flip phone, which were seized by Syracuse Police Department ("SPD").

15) On June 4, 2019, SPD officers applied for and were granted search warrants for both cell phones from Judge James Cecile, Syracuse City Court.

16) A forensic examination of the phones subsequently revealed Ingram utilized his mobile phones to arrange drug transactions, involving marijuana, oxycodone, and hallucinogenic mushrooms.

17) Data extracted from Ingram's seized Alcatel flip phone revealed the following pertinent text message exchanges, including, but not limited to:

> <u>Incoming (from 315-830-__56 to Ingram's phone):</u>
> "Yo that's 12.8"
> "I send you a pic just so u know it was 12.73"
> [Incoming photo of green/brown plantlike material on digital scale]
>
> <u>Ingram:</u>
> "I got you wit two grams"
> "Scale must have been off"
>
> <u>Incoming:</u>
> "Can u do an o for 150"

Ingram:
"ya"

Incoming (from 315-484-__52 to Ingram's phone):
"I wish the weed man was up"

Ingram:
"Up"

Incoming (from 585-978-__37 to Ingram's phone):
"How much u let me get a half for"

Ingram:
"Got some low low for 50"

Ingram (outgoing to 585-532-__56):
"I got higher grade but it cost Moore wanted to start you off making cash"

Incoming:
"How much you do a eighth for of this? Ya dimes 1.2"

Ingram:
"Still 3.5"

Incoming (from 585-623-__87 to Ingram's phone):
"How much for the half p brody"

Ingram:
"850"

Incoming:
"What about a p"

Ingram:
"17"

Incoming (from 315-719-__40 to Ingram's phone):
"Let me get the 3 of truffle and 1 of other shit"

Ingram:
"bra I have you two oz of truffle"

18)   Data extracted from Ingram's seized Samsung cellular smart phone revealed the following pertinent text message exchange from May 24, 2019:

Incoming (from 315-759-__55 to Ingram's phone):
"Yooo"

Ingram:
"Leaving on plane in 45 you need"

Incoming:
"Yeah bro"
"Yo you got some gas bro"

Ingram:
"Coke to back door 55"

19) Both the frequency of the cellular text messages and the prices discussed in the messages were indicative to trained law enforcement that Ingram was involved in mid to high level sales of illegal narcotics.

20) On February 15, 2019, Ingram was arrested after a traffic stop in the Town of Waterloo and charged with Criminal Possession of Marijuana in the 4th degree and Criminal Possession of a Controlled Substance in the 7th degree. Ingram received a conditional discharge.

21) At the time of the traffic stop, Ingram was found to be in possession of a clear plastic bag containing approximately 3.25 ounces of marijuana located on the front passenger side floor, two unlabeled pill bottles containing Oxycodone located in the center console of the vehicle, and a clear plastic bag containing Oxycodone located in the glove box of the vehicle.

22) On June 4, 2019, Ingram was arrested and charged by Seneca Falls Town Court with Criminal Possession of Marijuana 5th degree and Unlawful Possession of Marijuana. The disposition of this matter is unknown.

23) On October 14, 2019, Ingram was arrested and charged by the Ontario County Sheriff's Office and charged with Attempted Criminal Possession of Marijuana in the 2nd degree for purchasing marijuana from an undercover police officer.

24) Upon information and belief, Ingram was unemployed at the time of the incident

which led to the seizure of the defendant currency at the airport.

25) On August 12, 2019, Ingram filed an administrative claim to the defendant currency with the Drug Enforcement Administration. In his claim, Ingram stated that the defendant currency was his life savings.

## CONCLUSION

26) As required by Supplemental Rule G(2)(f), the facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, probable cause exists to believe that the defendant currency is money furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, or money used or intended to be used to facilitate a violation of 21 U.S.C. §§ 841, 844 and 846.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

a) Issue a warrant of arrest *in rem*, in the form submitted with this complaint;

b) Direct any person having any claim to the defendant currency to file and serve their verified claims and answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

c) Enter judgment declaring the defendant currency to be forfeited and condemned to the use and benefit of the United States; and

d) Award such other and further relief to the United States as it deems proper and just.

Dated: November 5, 2019

Respectfully Submitted,

GRANT C. JAQUITH
United States Attorney

By:

/s/ Mary E. Langan
Mary E. Langan
Assistant United States Attorney
Bar Roll No. 518971

## VERIFICATION

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF ONONDAGA    )

Kelly Baart, being duly sworn, deposes and states:

I am a Task Force Agent with the Drug Enforcement Administration. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers

Dated this ___5th___ day of November, 2019.

_____
Kelly Baart, Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me this ___5th___ day of November, 2019.

_____
Notary Public

DEANNA LIEBERMAN
Notary Public, State of New York
No. 01LI6105102
Qualified in WAYNE County
Commission Expires FEBRUARY 2, 2020

✎JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

Case No.: 5:19-CV-1367

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$32,156.00 in United States Currency,

**(b)** County of Residence of First Listed Plaintiff: **Onondaga**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Onondaga**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Mary E. Langan, Assistant U.S. Attorney (315) 448-0650
United States Attorney's Office, 100 South Clinton Street
Syracuse, New York 13261

Attorneys (If Known)

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- [X] 1   U.S. Government Plaintiff
- [ ] 2   U.S. Government Defendant
- [ ] 3   Federal Question (U.S. Government Not a Party)
- [ ] 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
21USC 881

Brief description of cause:
Seizure of money related to drug proceeds and facilitation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 11/05/2019
SIGNATURE OF ATTORNEY OF RECORD: s/Mary E. Langan

**FOR OFFICE USE ONLY**

RECEIPT #: ____   AMOUNT: Waived   APPLYING IFP: ____   JUDGE: LEK   MAG. JUDGE: ATB

[Print]   [Save As...]   [Export as FDF]   [Retrieve FDF File]   [Reset]